UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW JACKSON, (CFD)
Petitioner

Docket 3:02cv1739 (CFD)

v.

JOHN ASHCROFT,
Respondent

October 6, 2003

## MOTION TO ALTER OR AMEND JUDGMENT

In accordance with Rule 59(e) of the Federal Rules of Civil Procedure, Petitioner moves the court to alter or amend its judgment in this case entered September 28, 2003.

In that decision the court held that Petitioner was ineligible for discretionary relief because he had served more than five years in prison. For those aliens who pleaded guilty prior to the elimination of 212c relief and have served more than five years, the issue of continuing relief, despite the "five year bar" is very much a live issue in this Circuit. In the case of Haye v. Ashcroft, Docket 03-2033 the issue is the same as in this case. Haye pleaded guilty before elimination of 212c relief but has served more than

Denied. So ordered. 11/25/03