UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW JACKSON, | : | |
| | : | |
| Petitioner, | : | CIVIL NO. 3:02CV1739(CFD) |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL, | : | |
| | : | |
| Respondent. | : | NOVEMBER 25, 2003 |

**GOVERNMENT'S RESPONSE TO PETITIONER'S**
**MOTION TO ALTER OR AMEND JUDGMENT**

Respondent, John Ashcroft, Attorney General of the United States, through undersigned counsel, hereby respectfully submits this response to the Petitioner's Motion to Alter or Amend Judgment. The motion is without merit and should be denied.

Petitioner claims that he would be eligible for discretionary relief under former INA § 212(c), 8 U.S.C. § 1182(c)(repealed 1996), despite the five year bar of IMMACT, Pub. L. 101-649, § 511(a), 104 Stat 4978 (Nov. 29, 1990),[1] pursuant to regulations under consideration by the government that may essentially concur in the decision of the Ninth Circuit Court of Appeals in Toia v. Fasano, 334 F.3d 917 (9th Cir. 2003). In Toia, the Ninth Circuit held that "[a]liens who pleaded guilty prior to the enactment of [the five year bar in] IMMACT and who otherwise would have been eligible for § 212(c) relief but for the aggravated felon bar, may still apply for § 212(c) relief." 334 F.3d at 921. The court determined that retroactive application of IMMACT's

---

[1] Through Section 511 of the Immigration Act of 1990 ("IMMACT"), Congress eliminated the grant of Section 212(c) relief for "an alien who has been convicted of an aggravated felony and has served a term of imprisonment of at least 5 years."

five year bar to such aggravated felons who pleaded guilty prior to November 29, 1990, the effective date of IMMACT, would be unconstitutional. Toia, 334 F.3d at 920 (overruling its earlier decision to the contrary in Samaniego- Meraz v. INS, 53 F.3d 254, 256 (9th Cir. 1995)).

Petitioner herein would not be assisted by any such proposed regulations because he committed his crime and pleaded guilty to the crime on which his removal order is based after the effective date of IMMACT (November 29, 1990). As the record in this case demonstrates, petitioner was arrested for the robbery and larceny offenses on which his removal order is based on December 4, 1991. He pleaded guilty thereafter and was sentenced on February 11, 1993. Petitioner was credited with time served during his pretrial detention and held in continuous custody until his release to INS custody on July 22, 1997.

For the foregoing reasons, respondent respectfully requests that the Court deny Petitioner's Motion to Alter or Amend Judgment.[2]

                                                Respectfully submitted,

                                                KEVIN J. O'CONNOR
                                                UNITED STATES ATTORNEY

                                                LISA E. PERKINS
                                                ASSISTANT UNITED STATES ATTORNEY
                                                450 MAIN STREET, ROOM 328
                                                HARTFORD, CT 06103
                                                (860) 947-1101

---

[2] The Government advises the Court that Petitioner's counsel, Michael Moore, is the subject of a separate civil proceeding regarding his status to practice in this court pursuant to Rule 83.2(f) of the Local Rules of Civil Procedure. The proceeding is based an order of the Massachusetts Supreme Judicial Court dated August 8, 2003 (Cowin, J.), ordering Moore disbarred. Moore is not admitted to any other state bar. Although Moore has appealed Justice Cowin's order to the full Massachusetts Supreme Judicial Court, on August 29, 2003, his motion to stay the judgment of disbarment was denied.

FEDERAL BAR NO. ct23164

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing has been sent by first-class mail, postage prepaid, on this 25th day of November, 2003, to:

Michael G. Moore, Esq.
Law offices of Maria De Castro Foden
107 Oak Street
Hartford, CT  06106

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY